IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00094-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DALLAS RAY RATCLIFF,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on April 21, 2006 (Dkt. # 10).  A Change of Plea hearing is set for **May 22, 2006 at 3:30 p.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on May 18, 2006.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see **D.C.COLO.LCrR 11.1F).**  In light of this Change of Plea hearing,

    IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for June 9, 2006, and the four-day jury trial, set to commence June 19, 2006, are VACATED.

    DATED: April 21, 2006        BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge