UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00094-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DALLAS RAY RATCLIFF,

        Defendant,

  and

SAFEWAY INCORPORATED,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States and good cause appearing, it is hereby

ORDERED that Garnishee Safeway, Incorporated shall make the following payments to the United States:

1. For each pay period from January 20, 2009 through March 14, 2009, the amount of 25% of Defendant's disposable wages; and

2. For all weekly pay periods starting on or after March 15, 2009, the amount of $50.00 per week, not to exceed 25% of Defendant's disposable wages.

Said payments shall continue until the judgment debt herein is paid in full; or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant; or until further order of this Court.

Dated: March 16, 2009.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE