IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00094-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DALLAS RAY RATCLIFF,

    Defendant

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

A probation violation hearing is set for **Friday, September 17, 2010 at 9:00 a.m.**

Dated: August 5, 2010