IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00094-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DALLAS RAY RATCLIFF,

     Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Due to a scheduling conflict, the Supervised Release Violation Hearing set for Tuesday, March 15, 2011 at 4:00 p.m. is **VACATED**.  The hearing is **RESET** for **Wednesday, March 23, 2011 at 3:00 p.m.**

     Dated:  February 3, 2011